UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

T-Mobile USA, Inc., a Delaware corporation,

-vs-                                                                                Case No.  2:11-cv-35-FtM-29SPC

PETER BRONSON, MAX RAY, JOHN DOES 1-10, XYZ COMPANIES 1-10,

              Defendants.

_____

**ORDER**

This matter comes before the Court on the Plaintiff, T-Mobile USA, Inc.'s Motion for an Entry of a Clerk's Default (Doc. #14) filed on March 30, 2011.  Under Fed. R. Civ. P. 55(a), default is justified "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise appear by affidavit or otherwise, the clerk shall enter the party's default."

The Defendant Bronson was properly served with the Complaint and Summons on February 22, 2011. (Doc. # 9).  The Defendants response was due to be served on or before March 15, 2011.  To date the Defendant Bronson has failed to respond to the Complaint.  Thus good cause exists to grant the Motion for a Clerk's Default.

Accordingly, it is now

**ORDERED:**

The Plaintiff, T-Mobile USA, Inc.'s Motion for an Entry of a Clerk's Default (Doc. #14) is **GRANTED**. The Clerk of the Court is hereby directed to enter a Clerk's Default against the Defendant Peter Bronson.

**DONE AND ORDERED** at Fort Myers, Florida, this   31st    day of March, 2011.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record