UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

T-Mobile USA, Inc., a Delaware corporation,

-vs-  Case No.  2:11-cv-35-FtM-29SPC

PETER BRONSON, MAX RAY, JOHN DOES 1-10, XYZ COMPANIES 1-10,

　　　　　　Defendants.
_____

**ORDER**

This matter comes before the Court on the Plaintiff, T-Mobile USA, Inc's Motion to Preserve Evidence (Doc. #13) filed on March 30, 2011.  The Plaintiff moves the Court for an order preventing the Defendants from destroying relevant evidence in this case that may be in their possession.

As grounds, the Plaintiff states that Peter Bronson and his partner and co-conspirator the Defendant Max Ray created, organized and ran a website which was set up to defraud T-Mobile by providing free wireless airtime at T-Mobile's expense and by the resale of T-Mobile's handsets, for a profit, in foreign markets.  As result of the above allegations T-Mobile filed the instant lawsuit in this Court.

After the lawsuit was filed, the Defendant posted a note to the subscribers of the Defendant's website which read in pertinent part:

> Sorry, the forum is permanently closed.
> Due to legal action against a non-member with knowledge of this site, the site and it's [sic] members are at risk.
> It is important everyone that was a member here perform a D.O.D. erase all e-mails, links, or cookies relating to this site or it's [sic] intended purpose from your computers.

(Doc. # 13, Ex. C). The Plaintiffs also note that the Defendants shifted the location of the website from Tennessee to Amsterdam, to avoid any legal troubles in the United States. (Doc. # 13, Ex. B, p. 2). Given the evidence presented by the Plaintiffs regarding the requested relief, the Court finds good cause to grant the Motion to Preserve Evidence.

Accordingly, it is now

**ORDERED:**

The Plaintiff, T-Mobile USA, Inc's Motion to Preserve Evidence (Doc. #13) is **GRANTED** as follows:

(1) Defendants shall preserve all physical evidence relating to this action, including without limitation, all T-Mobile wireless telephones, packaging and materials currently in Defendants' possession and control. Preserve any information or evidence related to the alteration of T-Mobile SIM cards, dealer activation codes, phones, and related products, including all communications with third parties on the subject of the purchase, sale or alteration of the T-Mobile SIM cards, dealer activation codes, phones and/or security measures contained within those products.

(2) Having complied with this aspect of the Order, Defendants may for now continue to market such T-Mobile telephones in the ordinary course, but subject to the additional requirement that *each and every* such telephone be photographed in digital, color format upon Defendants' receipt in the unaltered condition, and upon Defendants' shipment of the product in the altered condition. Such digital pictures shall be periodically copied and delivered to Plaintiffs, without further Order necessary, every fifteen (15) days. Complete inventory records, evidencing at a minimum receipt and

redistribution, of all such products shall be immediately maintained and produced to Plaintiffs, together with the photographs, every fifteen (15) days.

(3) The Defendants shall have twenty (20) days from the date of this Order to provide the Plaintiff with an inventory of all T-Mobile wireless telephones (including make and model and IMEI number of each phone), SIM cards, dealer activation codes, currently in the Defendants custody and control as well as the location where these material are being stored.

(4) The Defendants shall preserve all other evidence relating to their bulk purchase, sale, distribution or alteration of T-Mobile wireless telephones, along with copies of any software or hardware used to modify or any of the T-Mobile wireless telephones in their possession, all records of transactions related to such telephones, and all communications with third parties related to the purchase, sale or alteration of such products and/or the security measures contained within the T-Mobile wireless telephones.

(5) The Defendants shall preserve all electronic data in their possession, custody and control, including but not limited to all data related to or arising from the "ypaymor" website.

(6) The terms and conditions of this Order are subject to change based upon the District Court's Ruling on the Plaintiff's pending Motion for a TRO and/or Motion for Expedited Discovery.

**DONE AND ORDERED** at Fort Myers, Florida, this __1st__ day of April, 2011.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record