# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### FORT MYERS DIVISION

T-Mobile USA, Inc., a Delaware corporation,

-vs-                                              Case No.  2:11-cv-35-FtM-29SPC

PETER BRONSON, MAX RAY, JOHN DOES 1-
10, XYZ COMPANIES 1-10,

                          Defendants.
_____

## ORDER

This matter comes before the Court on the Plaintiff, T-Mobile USA, Inc.'s Motion for an

Entry of a Clerk's Default against the Defendant Max Ray (Doc. #18) filed on April 7, 2011.  Under

Fed. R. Civ. P. 55(a), default is justified "[w]hen a party against whom a judgment for affirmative

relief is sought has failed to plead or otherwise appear by affidavit or otherwise, the clerk shall enter

the party's default."

The Defendant Ray was properly served with the Complaint and Summons on March 12,

2011, and the Return of Service was filed with the Court on March 15, 2011. (Doc. # 10).  The

Defendant's response was due to be served on or before April 4, 2011. To date the Defendant Ray

has failed to respond to the Complaint.  Thus good cause exists to grant the Motion for a Clerk's

Default.

Accordingly, it is now

**ORDERED:**

The Plaintiff, T-Mobile USA, Inc.'s Motion for an Entry of a Clerk's Default against the

Defendant Max Ray (Doc. #18) is **GRANTED**.  The Clerk of the Court is hereby directed to enter

a Clerk's Default against the Defendant Max Ray  .

> **DONE AND ORDERED** at Fort Myers, Florida, this   12th    day of April, 2011.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record